United States Bankruptcy Court
Central District of California

CYB, LLC, a California limited liability,
    Plaintiff

Adv. Proc. No. 21-01085-NB

DeVaughn,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1
Date Rcvd: Jul 26, 2021    Form ID: pdf031    Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Larry Fieselman, Oaktree Law, 10900 183rd St, Ste 270, Cerritos, CA 90703-5343 |
| pla | + | CYB, LLC, a California limited liability, 27489 Agoura Rd., Ste 102, Agoura Hills, CA 91301-2481 |
| dft | + | Comstock Brewing Company, a California Corporation, 1424 E. Comstock Ave., Glendora, CA 91741-2917 |
| dft | + | Dimitra S DeVaughn, 1424 E Comstock Ave, Glendora, CA 91741-2917 |
| dft | + | Khevin P DeVaughn, 1424 E Comstock Ave, Glendora, CA 91741-2917 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lane M Nussbaum | on behalf of Plaintiff CYB LLC, a California limited liability lnussbaum@nussbaumapc.com, info@nussbaumapc.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 2

Lane M. Nussbaum (SBN 264200)
Jason J. Stillman (SBN 245429)
NUSSBAUM APC
27489 Agoura Road, Ste. 102
Agoura Hills, California 91301
Tel. (818) 660-1919 | Fax. (818) 864-3241

Attorneys for Plaintiff CYB, LLC

**FILED & ENTERED**

JUL 26 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: KHEVIN DEVAUGHN ; DIMITRA DEVAUGHN,<br><br>Debtors,<br><br>_____<br><br>CYB, LLC, a California limited liability company<br><br>            Plaintiff,<br><br>  vs.<br><br>Khevin DeVaughn, an individual; and Dimitra DeVaughn, an individual; Comstock Brewing Company, a California Corporation;<br><br>            Defendants. | Adv. Case No.: 2:21-ap-01085-NB<br>Case No. 2:21-bk-10861-NB<br><br>**ORDER RE: STATUS CONFERENCE**<br><br>**Status Conference:**<br>Date:  July 20, 2021<br>Time: 11:00 a.m.<br>Courtroom: 1545 |

**TO THIS COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

the Status Conference came on regularly for hearing at 11:00 a.m. on July 20, 2021 in Courtroom 1545 of the above-captioned Court located at 255 E. Temple Street, Los Angeles, CA 90012.

    Jason Stillman appeared for CYB, LLC, and Larry Fieselman appeared for Khevin Devaughn and Dimitra DeVaughn.  The court adopts the tentative ruling as its order regarding procedural deadlines in this matter.  A true and correct copy of the tentative ruling is attached hereto as exhibit 1.

    The deadlines are as follows:

**ORDER RE: STATUS CONFERENCE** 1

| | |
|---|---|
| 1 | 1.  Joinder of Parties/amendment of pleadings-deadline: 8/24/21. |
| 2 | 2.  Discovery cutoff (for completion of discovery): 10/12/21. |
| 3 | 3.  Expert(s) – deadline for reports: N/A. |
| 4 | 4.  Expert(s) – discovery cutoff (if different from above): N/A. |
| 5 | 5.  Dispositive motions to be heard no later than: 11/30/21. |
| 6 | 6.  Joint Status Report: 9/28/21. |
| 7 | 7.  Continued Status Conference: 10/12/21 at 11:00 a.m. |
| 8 | 8.  Lodge Joint Proposed Pre-Trial Order: TBD |
| 9 | 9.  Pretrial Conference: TBD |
| 10 | 10. Deliver trial exhibits to other parties and chamber, including direct testimony by declaration |
| 11 |      unless excused: TBD |
| 12 | 11. Trial Commencement: TBD |
| 13 | 12. Parties are to file a joint mediation order by 8/3/21 |
| 14 | Plaintiff is ordered to lodge this proposed order in accordance with LBR 9021-1(b)(1)(B). |
| 15 | |
| 16 | SO ORDERED: |
| 17 | |
| 18 | ### |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | Date: July 26, 2021 |
| | Neil W. Bason |
| 24 | United States Bankruptcy Judge |

**ORDER RE: STATUS CONFERENCE** 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**[PROPOSED] ORDER RE: STATUS CONFERENCE** 3

# United States Bankruptcy Court
# Central District of California
Los Angeles
**Judge Neil Bason, Presiding**
**Courtroom 1545 Calendar**

---

**Tuesday, July 20, 2021**  **Hearing Room**  **1545**

---

**11:00 AM**
**2:21-10861**   **Khevin P DeVaughn**  **Chapter 7**
Adv#: 2:21-01085   CYB, LLC, a California limited liability v. DeVaughn et al

**#3.00**   Status Conference re: Complaint to Declare Debt Non-Dischargeable Purusant to 11 U.S.C. Secitons 523(a)(2, 4, 6)

Docket   1

**Tentative Ruling:**

Appearances required.

(A) Current issues
This Court has reviewed the parties' Status Report (adv.dkt.4, 6). The parties are directed to address whether the non-response by Comstock Brewing Co. is any impediment to proceeding as set forth below.

(B) Standard requirements
The following are Judge Bason's standard requirements for status conferences. (To the extent that the parties have already addressed these issues in their status report, they need not repeat their positions at the status conference.)

(1) Venue/jurisdiction/authority
The parties are directed to address any outstanding matters of (a) venue, (b) jurisdiction, (c) this Bankruptcy Court's authority to enter final orders or judgment(s) in this proceeding and, if consent is required, whether the parties do consent, or have already expressly or impliedly consented. S*ee generally Stern v. Marshall*, 131 S.Ct. 2594, 2608 (2011) (if litigant "believed that the Bankruptcy Court lacked the authority to decide his claim…then he should have said so – and said so promptly."); *Wellness Int'l Network, Ltd. v. Sharif*, 135 S.Ct. 1932 (2015) (consent must be knowing and voluntary but need not be express); *In re Bellingham Ins. Agency, Inc.,* 702 F.3d 553 (9th Cir. 2012) (implied consent), *aff'd on other grounds*, 134 S. Ct. 2165 (2014); *In re Pringle*, 495 B.R. 447 (9th Cir. BAP 2013) (rebuttable presumption that failure to challenge authority to issue final order is intentional and indicates consent); *In re Deitz,* 760 F.3d 1028 (9th Cir. 2014) (authority to adjudicate nondischargeability encompasses authority to

# United States Bankruptcy Court
# Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

---

**Tuesday, July 20, 2021**                                                                 **Hearing Room    1545**

**11:00 AM**
**CONT...        Khevin P DeVaughn                                                               Chapter 7**

liquidate debt and enter final judgment).  *See generally In re AWTR Liquidation, Inc.*, 548 B.R. 300 (Bankr. C.D. Cal. 2016).

   (2) Mediation
   Is there is any reason why this Court should not order the parties to mediation before one of the volunteer mediators (*not* a Bankruptcy Judge), and meanwhile set the deadlines set forth below?  The tentative ruling is to set a **deadline of 8/3/21** for the parties to lodge a proposed mediation order (the parties are directed to use the time between now and that deadline to find a mutually agreeable mediator whose schedule can accommodate the needs of this matter; and if the parties cannot even agree on a mediator they may lodge separate orders and Judge Bason will chose among them, or issue his own order).

   (3) Deadlines
   This adversary proceeding has been pending since 5/10/21.   Pursuant to LBR 9021-1(b)(1)(B), plaintiff is directed to lodge a proposed order via LOU within 7 days after the status conference, attaching a copy of this tentative ruling or otherwise memorializing the following.
   Joinder of parties/amendment of pleadings-deadline: 8/24/21
   Discovery cutoff (for *completion* of discovery):  10/12/21.
   Expert(s) - deadline for reports:  N/A
   Expert(s) - discovery cutoff (if different from above):  N/A
   Dispositive motions to be heard no later than:  11/30/21
   Joint Status Report: 9/28/21.
   Continued status conference:  10/12/21 at 11:00 a.m.
   Lodge Joint Proposed Pre-Trial Order:  TBD
   Pretrial conference:  TBD
   Deliver trial exhibits to other parties and chambers, including direct testimony by declaration unless excused: TBD (for the format of exhibits and other trial procedures, please see the Procedures of Judge Bason (posted at www.cacb.uscourts.gov) then search for "Trial Practice" BUT, at least during the COVID-19 shut down of the courtroom, also see the forms of order regarding video trials, posted on Judge Bason's portion of the Court's above-referenced web page)
   Trial commencement:  TBD

---

# United States Bankruptcy Court
# Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, July 20, 2021**  **Hearing Room**  **1545**

**11:00 AM**
**CONT...**    **Khevin P DeVaughn**    **Chapter 7**

If appearances are not required at the start of this tentative ruling but you wish to dispute the tentative ruling, or for further explanation of "appearances required/are not required," please see the Posted Procedures of Judge Bason (available at www.cacb.uscourts.gov) then search for "tentative rulings." If appearances are required, and you fail to appear without adequately resolving this matter by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing. Pursuant to Judge Bason's Procedures, **hearings are now simultaneously (1) IN PERSON in the courtroom, (2) via ZOOMGOV video, and (3) via ZOOMGOV telephone**. You are free to choose any of these options, except that evidentiary hearings/trials must be in person in the courtroom (unless otherwise ordered). You do not need to call Chambers for advance approval or notice. For ZoomGov instructions for all matters on calendar, please see the tentative ruling for the first matter on today's calendar (*i.e.,* page 1 of the posted tentative rulings). Unless otherwise stated, appearances via CourtCall are no longer permitted.

| Party Information |
|---|

**Debtor(s):**

| Khevin P DeVaughn | Represented By |
| | Julie J Villalobos |

**Defendant(s):**

| Dimitra S DeVaughn | Pro Se |
| Khevin P DeVaughn | Pro Se |
| Comstock Brewing Company, a | Pro Se |

**Joint Debtor(s):**

| Dimitra S DeVaughn | Represented By |
| | Julie J Villalobos |

**Plaintiff(s):**

| CYB, LLC, a California limited | Represented By |
| | Lane M Nussbaum |

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

**Tuesday, July 20, 2021**                                                                                           **Hearing Room    1545**

11:00 AM
**CONT...**      **Khevin P DeVaughn**                                                                                    **Chapter 7**
    **Trustee(s):**

    John J Menchaca (TR)                    Pro Se